1  **SHERI M. THOME**
   Nevada Bar No. 008657
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
4  Sheri.Thome@wilsonelser.com
   *Attorney for Defendants*
5  *Tate Snyder Kimsey Architects, Ltd. and*
   *James Windom Kimsey*
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL L. SPITZMESSER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TATE SNYDER KIMSEY ARCHITECTS, LTD., a Nevada Domestic Professional Corporation; JAMES WINDOM KIMSEY; ROE BUSINESS ENTITIES I-X; DOE INDIVIDUALS I-X,<br><br>　　　　　Defendants.| CASE NO:　2:10-cv-01700-KJD-VCF<br><br>[~~PROPOSED~~] **STIPULATION AND ORDER TO CONTINUE FILING DATE FOR JOINT PRETRIAL ORDER**<br><br>**(First Request)** |
| TATE SNYDER KIMSEY ARCHITECTS, LTD., a Nevada Domestic Professional Corporation,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>RANDALL L. SPITZMESSER, an individual,<br><br>　　　　　Counterdefendant. | |

　　　Plaintiff's counsel of record, James P. Kemp of the law firm of KEMP & KEMP and Defendants' counsel of record, Sheri M. Thome of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby agree to and request an extension of time in which to file their Joint Pre-Trial Order, which is currently due on August 2, 2012. The parties hereby seek an extension until September 7, 2012.

　　　The parties request this extension because both counsel will be out of the office for pre-planned summer vacations. Defendants' counsel, Sheri Thome, will be out of the office between

July 30 and August 3rd, and Plaintiff's counsel, J.P. Kemp, will be out of the office between August 10th and August 27th. Because the parties must confer on issues of fact and law, they need time after Mr. Kemp returns in which to work on the order together. As a result, they request this extension.

   IT IS SO STIPULATED.

DATED: July 27, 2012

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | KEMP & KEMP |
|---|---|
| /s/Sheri M. Thome | /s/James P. Kemp |
| Sheri M. Thome, Esq. | James P. Kemp, Esq. |
| Nevada Bar No. 008657 | Nevada Bar No. 006375 |
| 300 South Fourth Street, 11th Floor | 7435 West Azure Drive, Suite 110 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89130 |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

## ORDER

   IT IS SO ORDERED. THE JOINT PRE-TRIAL ORDER IS NOW DUE ON OR BEFORE SEPTEMBER 7, 2012.

   Dated this 6th day of August, 2012.

   ~~UNITED STATES DISTRICT JUDGE~~
   UNITED STATES MAGISTRATE JUDGE

352548.1